IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM McDOWELL and
DONNA McDOWELL                                                                                          PLAINTIFFS

v.                                   Case No. 4:22-cv-04028

UNITED PARCEL SERVICE, INC. d/b/a
UPS; RYAN WILLIAM STANISLAWSKI
Individually and as Employee of UPS                                                                    DEFENDANTS

## ORDER

Before the Court is Defendant's Motion to Bifurcate Proceedings. ECF No. 98. Defendants state that "[s]hould the Court determine Plaintiff has made a *prima facie* case for punitive damages, Defendants request that the issue of punitive damages be bifurcated from the issue of liability and compensatory damages." *Id.* No response is necessary, and the Court finds the matter ripe for consideration.

On December 19, 2023, the Court granted Defendant's Motion for Partial Summary Judgment of Plaintiff's Punitive Damage Claims (ECF No. 85) and dismissed Plaintiffs' punitive damage claims. ECF No. 104. Accordingly, Defendant's Motion to Bifurcate Proceedings (ECF No. 98) is hereby **DENIED as MOOT**.

**IT IS SO ORDERED**, this 20th day of December, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge