AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| WILLIAM McDOWELL, et al. <br> *Plaintiff* <br> v. <br> UNITED PARCEL SERVICE, INC., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:22-CV-4028 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** We, the jury, assess damages in favor of William "Scoot" McDowell in the amount of: $50,000.00.

We, the jury, assess damages in favor of Donna Harvey in the amount of: $None.

This action was *(check one)*:

☑ **tried by a jury with Judge** Susan O. Hickey **presiding, and the jury has rendered a verdict.**

☐ **tried by Judge** _____ **without a jury and the above decision was reached.**

☐ **decided by Judge** _____ **on a motion for** _____

Date: May 23, 2024

CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*